UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                          :

ALEJANDRA LAVAYEN, *as administrator of the estate* :
*of Francisco Gadea Pacheco, individually, and as a* :
*parent and guardian of* ARELI BETHSABE LAVAYEN :
GADEA, EZEQUIEL LAVAYEN GADEA,     :           26-CV-535 (JMF)
                          :

                Plaintiffs,     :           ORDER
                          :

       -v-                    :

LYFT, INC. et al.,                :

                Defendants.    :

---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to SDNY Local Civil Rule 6.1(b), Plaintiff was required to file an opposition to Defendant's motion to compel arbitration, ECF No. 7, no later than fourteen days after service of the motion.  To date, Plaintiff has not filed any opposition.  As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **February 27, 2026**.  If Plaintiff fails to file an opposition by that deadline, the Court will treat the motion to compel arbitration as unopposed.

      SO ORDERED.

Dated: February 17, 2026                  _____
     New York, New York                 JESSE M. FURMAN
                               United States District Judge